IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robert Steve Jolly, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Phillip Thompson, Joey Johnson, )<br>Eddie Hill, and Tom Fox, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:10-cv-1101-TLW-SVH |

# ORDER

On May 4, 2010, the plaintiff, Robert Steve Jolly ("plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 34). On July 5, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiff's motion for a preliminary injunction (Doc. # 26) be denied as moot, that the defendants' motion for summary judgment (Doc. # 28) be granted, and that this case be dismissed in its entirety. (Doc. # 34). The plaintiff filed no objections to the Report. Objections were due on July 22, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 34). For the reasons articulated by the Magistrate Judge, the plaintiff's motion for a preliminary injunction (Doc. # 26) is **DENIED** as moot, the defendants' motion for summary judgment (Doc. # 28) is **GRANTED**, and this case is **DISMISSED** in its entirety.

**IT IS SO ORDERED**.

                s/Terry L. Wooten
                United States District Judge

August 8, 2011
Florence, South Carolina